```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   Docket # 1:22-cr-00030-JGK-1
      -against-                      :   ORDER
                                     :
Ryan Murdock                         :
                                     :
         Defendant                   :
                                     :
-------------------------------------X
```

John G. Koeltl, United States District Judge:

It is hereby ORDERED [without objection] that the defendant's bail be modified to include 1) Drug testing and treatment as directed by PTS

Dated: New York, New York
       March   7  , 2022

                                        SO ORDERED:


                                        /s/ John G. Koeltl
                                        John G. Koeltl
                                        United States District Judge