UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | [Consent/Proposed] |
| | Order of Restitution |
| v. | |
| RYAN MURDOCK, | 22 Cr. 30 (JGK) |
| Defendant. | |

Upon the application of the United States of America, by its attorney, Damian Williams,

United States Attorney for the Southern District of New York, Matthew R. Shahabian, Assistant

United States Attorney, of counsel; the presentence report; the Defendant's conviction on Count

One of the above Information; and all other proceedings in this case, and upon the consent of

Ryan Murdock, the Defendant, by and through his counsel, Joshua Kirshner, Esq., it is hereby

ORDERED that:

1.    **Restitution**

Ryan Murdock, the Defendant, shall pay restitution in the total amount of $814,396,

pursuant to 18 U.S.C. § 3663; 18 U.S.C. § 3663A (MVRA), to the victim of the offense charged

in Count One of the Information, to wit, the United States.  The Defendant shall be jointly and

severally liable for the restitution amount with any unindicted coconspirators who are later charged

and held responsible for the same amount.

2.    **Schedule of Payments**

~~While serving the term of imprisonment, the Defendant shall make installment~~ payments

~~toward his restitution obligation; he shall continue to make such payments after his release.  While~~

~~the Defendant is serving his term of imprisonment, the Bureau of Prisons' (BOP) staff shall~~

~~monitor the Defendant's progress in meeting his restitution obligation.~~

*The defendant shall make restitution payments*
*in the amount of 10% of his gross monthly income*
*beginning 30 days after release from imprisonment.*

86 K

2020.01.09

3.    **Payment Instructions**

Restitution payments shall be made payable to the "Clerk of Court – SDNY" and delivered

to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier,

as required by 18 U.S.C. § 3611.  The Defendant's name and the docket number of this case shall

be written on each check or money order.  To make payments electronically, the Defendant shall

contact the Clerk's Office for wiring instructions or refer to the Court's instructions for payment

through pay.gov.  Any cash payments shall be hand delivered to the Clerk's Office using exact

change, and shall not be mailed.

4.    **Additional Provisions**

The Defendant shall notify, within 30 days, the Clerk of Court, the United States Probation

Office (during any period of probation or supervised release), and the United States Attorney's

Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation

Unit) of (1) any change of the Defendant's name, residence, or mailing address or (2) any material

change in the Defendant's financial resources that affects the Defendant's ability to pay restitution

in accordance with 18 U.S.C. § 3664(k).  If the Defendant discloses, or the Government otherwise

learns of, additional assets not known to the Government at the time of the execution of this order,

the Government may seek a Court order modifying the payment schedule consistent with the

discovery of new or additional assets.

5.    **Restitution Liability**

The Defendant's liability to pay restitution shall terminate on the date that is the later of 20

years from the entry of judgment or 20 years after the Defendant's release from imprisonment, as

provided in 18 U.S.C. § 3613(b).  Subject to the time limitations in the preceding sentence, in the

event of the death of the Defendant, the Defendant's estate will be held responsible for any unpaid

2

balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue

until the estate receives a written release of that liability.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
District of New York

By: ___/s/_____           9/16/2022_____
Matthew R. Shahabian                          DATE
One Saint Andrew's Plaza
New York, N.Y. 10007
Tel.: (212) 637–1046

RYAN MURDOCK

By: RM by _____              9/22/22_____
RYAN MURDOCK                                  DATE


By: _____              9/22/22_____
Joshua Kirshner, Esq .                        DATE
Counsel for Ryan Murdock

SO ORDERED:

_____                 9/28/22_____
HONORABLE JOHN G. KOELTL                      DATE
UNITED STATES DISTRICT JUDGE