March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                  -v-

Ryan Murdock        ,

              Defendant(s).

-------------------------------------------------------------------X

**CONSENT TO PROCEED BY
TELECONFERENCE**

22 -CR-30  ( JGK) (    )

Defendant __Ryan Murdock_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

\_\_\_    Initial Appearance/Appointment of Counsel

\_\_\_    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\_\_\_    Preliminary Hearing on Felony Complaint

\_\_\_    Bail/Revocation/Detention Hearing

_X_    Status and/or Scheduling Conference

\_\_\_    Plea/Trial/Sentence

RM by _____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Ryan Murdock
_____
Print Defendant's Name

_____
Defense Counsel's Signature

Joshua D. Kirshner
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconference technology.

__9/29/22_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge